No. 626, Misc., October Term, 1954. DAVIS v. SUM-MERFIELD, POSTMASTER GENERAL, 349 U. S. 965;

No. 628, Misc., October Term, 1954. LENZ v. LOONEY, WARDEN, 349 U. S. 965;

No. 629, Misc., October Term, 1954. HARVEY v. MAYO, PRISON CUSTODIAN, 349 U. S. 965;

No. 635, Misc., October Term, 1954. BYRNES v. ILLINOIS, 349 U. S. 966;

No. 649, Misc., October Term, 1954. WALLACE v. CO-PIAH COUNTY LUMBER CO. ET AL., 349 U. S. 966;

No. 669, Misc., October Term, 1954. NEWSTEAD v. BAYNES, 349 U. S. 950; and

No. 684, Misc., October Term, 1954. HUDSON v. UNITED STATES, 349 U. S. 968. Petitions for rehearing denied.

No. 145, October Term, 1954. MARCELLO v. BONDS, OFFICER IN CHARGE, IMMIGRATION AND NATURALIZATION SERVICE, 349 U. S. 302; and

No. 714, October Term, 1954. DICTOGRAPH PRODUCTS, INC. v. FEDERAL TRADE COMMISSION, 349 U. S. 940. Petitions for rehearing denied. MR. JUSTICE HARLAN took no part in the consideration or decision of these applications.

No. 677, October Term, 1954. MEYER ET AL. v. ST. LOUIS SOUTHWESTERN RAILWAY CO. ET AL., 349 U. S. 942. Rehearing denied. MR. JUSTICE FRANKFURTER took no part in the consideration or decision of this application.

No. 742, October Term, 1954. COMBS ET AL. v. ILLINOIS STATE TOLL HIGHWAY COMMISSION ET AL., 349 U. S. 942. Motion for leave to file second petition for rehearing denied.